# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Wisconsin** | County of | **Eastern District Court** |

Case Number: 2:19-CV-00368

Plaintiff:
**TYRAN PINKINS**

vs.

Defendant:
**CITY OF RACINE AND RACINE POLICE OFFICER JOSHUA DIEDRICH AND UNKNOWN RACINE POLICE OFFICERS 1-5**

For:
Strouse Law Offices
413 N. 2nd St. Suite 150
Milwaukee, WI 53203

Received by Badger Process Services, Inc. to be served on **RACINE COUNTY CLERK OF COURT, 730 WISCONSIN AVE., RACINE, RACINE County, WI 53403**.

I, Patrick Callahan, being duly sworn, depose and say that on the **12th day of September, 2019** at **11:20 am, I:**

served a **CORPORATION** by delivering **Electronically Filed Summons and Complaint and Exhibits and Plaintiff's First Amended Complaint** with the date and hour of service endorsed thereon by me, to: **JULIE PFEFFER** as **OFFICE ASSISTANT** for **RACINE COUNTY CLERK OF COURT**, at the address of: **730 WISCONSIN AVE., RACINE, RACINE County, WI 53403**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 46, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 180, Hair: Blonde, Glasses: N

**Service Fee Items:**
OOC REGULAR SERVICE   $40.00
Total                $40.00

I the undersigned am an adult resident of the state over the age of 18 and not a party to the action.

Subscribed and Sworn to before me on the 17th day of September, 2019 by the affiant who is personally known to me.

Notary Public, State of Wisconsin, County of Waukesha
My Commission Expires: 6-8-22

Patrick Callahan
Process Server

Badger Process Services, Inc.
262 W. Broadway, Suite #9
Waukesha, WI 53186
(262) 544-5450

Our Job Serial Number: EPO-2019017483

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Case 2:19-cv-00368-BHL   Filed 09/23/19   Page 1 of 1   Document 23