UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TYRAN PINKINS,

    Plaintiff,

v.                                                                               Case No.: 19-cv-368

FORMER RACINE POLICE OFFICER JOSHUA DIEDERICH, and
RACINE POLICE OFFICER TODD J. LAUER,

    Defendants.

---

## VERDICT FORM
---

We, the jury, find as following as to the claim of Plaintiff Tyran Pinkins against former Officer Diederch

1. Has Plaintiff Tyran Pinkins met his burden of proving, by a preponderance of the evidence, that former Officer Diederch used unreasonable excessive force against him on October 6, 2016?

    _____                                _____
        Yes                                                      No

*If you answered 'No' to question 1, do not answer any more questions. If you answered 'Yes' to question 1, continue to question 2.*

2. Is former Officer Diederich entitled to Qualified Immunity as to Plaintiff Tyran Pinkins' excessive force claim?

    _____                                _____
        Yes                                                      No

*If you answered 'Yes' to question 2, do not answer any additional questions. If you answered 'No' to question 2, you must continue to question 3.*

### Compensatory Damages

3. How much money do you award to fairly and reasonably compensate Tyran Pinkins for the excessive force used against him by former Officer Diederich?

                                                                             $_____

**Punitive Damages**

*If you awarded Tyran Pinkins compensatory damages, you must answer the following question:*

4. If you found that former Officer Diederich used excessive force on Tyran Pinkins, was his conduct malicious or in reckless disregard of Pinkins' rights?

    _____                              _____
         Yes                                           No

*If you answered 'Yes' to question 4, then continue to question 5. If you answered 'No' to question 4, have the foreperson sign and date this form and notify the bailiff that you have reached a verdict. Do not tell the bailiff what the verdict is.*

5. What amount of punitive damages, if any will punish former Officer Diederich and deter him and others from engaging in similar conduct in the future?

    $_____

**Dated this _____ day of April 2023**

_____          _____
Foreperson

_____          _____


_____          _____


_____          _____


Date: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TYRAN PINKINS,

    Plaintiff,

v.                                             Case No.: 19-cv-368

FORMER RACINE POLICE OFFICER JOSHUA DIEDERICH, and
RACINE POLICE OFFICER TODD J. LAUER,

    Defendants.

---

**VERDICT FORM**

---

    We, the jury, find as following as to the claim of Plaintiff Tyran Pinkins against former Officer Lauer

1. Has Plaintiff Tyran Pinkins met his burden of proving, by a preponderance of the evidence, that Officer Lauer used unreasonable excessive force against him on October 29, 2017?

    _____                             _____
      Yes                                               No

*If you answered 'No' to question 1, do not answer any more questions. If you answered 'Yes' to question 1, continue to question 2.*

2. Is Officer Lauer entitled to Qualified Immunity as to Plaintiff Tyran Pinkins' excessive force claim?

    _____                             _____
      Yes                                               No

*If you answered 'Yes' to question 2, do not answer any additional questions. If you answered 'No' to question 2, you must continue to question 3.*

**Compensatory Damages**

3. How much money do you award to fairly and reasonably compensate Tyran Pinkins for the excessive force used against him by Officer Lauer?

                                            $_____

**Punitive Damages**

*If you awarded Tyran Pinkins compensatory damages, you must answer the following question:*

4. If you found that Officer Lauer used excessive force on Tyran Pinkins, was his conduct malicious or in reckless disregard of Pinkins' rights?

    _____           _____
          Yes                                   No

*If you answered 'Yes' to question 4, continue to question 5. If you answered 'No' to question 4 have the foreperson sign and date this form and notify the bailiff that you have reached a verdict. Do not tell the bailiff what the verdict is.*

5. What amount of punitive damages, if any will punish former Officer Lauer and deter him and others from engaging in similar conduct in the future?

    $_____

**Dated this _____ day of April 2023**

_____            _____
Foreperson

_____            _____

_____            _____

_____            _____

Date:   _____