UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TYRAN PINKINS,

    Plaintiff,

v.                                        Civil Action No. 19-cv-0368-bhl

CITY OF RACINE, et al.,

    Defendants.

## VERDICT FORM

We the jury, for our verdict, find as follows:

### PART ONE

**Plaintiff's Claim against Officer Diederich**

Question No. 1.     Did Defendant Joshua Diederich use excessive force in his interactions with Plaintiff Tyran Pinkins on October 6, 2016, from the time he pursued Plaintiff and the two of them left the view of the police dashboard camera through the time of Pinkins' arrest?

    Answer: _____ Yes   ✓ No

If you answered "Yes" to Question No. 1, then proceed to Question Nos. 2 and 3. If you answered "No" to Question 1, do **not** answer Questions Nos. 2, 3 or 4. Instead, proceed to PART TWO of the verdict form.

**Compensatory Damages**

Question No. 2.     What amount of money will fully and fairly compensate Plaintiff for the harm caused by the Defendant Joshua Diederich's excessive use of force?

    Answer: $_____

1

## Punitive Damages

Question No. 3.  Did Defendant Joshua Diederich act in a way that demonstrated a willful or reckless disregard for Plaintiff's rights?

Answer: _____ Yes _____ No

If you answered "Yes" to Question 3, then you must answer Question 4. If you answered "No" to Question 3, do not answer Question 4 and instead proceed to PART TWO of the verdict form.

Question No. 4.  What amount of money, if any, do you award as punitive damages against Defendant Joshua Diederich?

Answer: $_____

## PART TWO

### Plaintiff's Claim against Officer Lauer

Question No. 5.  Did Defendant Todd Lauer use excessive force when he used his TASER against Plaintiff Tyran Pinkins on October 29, 2017?

Answer: _____ Yes   __✓__ No

If you answered "Yes" to Question No. 5, then proceed to Question Nos. 6 and 7. If you answered "No" to Question 5, do not answer any further questions.

### Compensatory Damages

Question No. 6.  What amount of money will fully and fairly compensate Plaintiff for the harm caused by the Defendant Todd Lauer's excessive use of force?

Answer: $_____

### Punitive Damages

Question No. 7.  Did Defendant Todd Lauer act in a way that demonstrated a willful or reckless disregard for Plaintiff's rights?

Answer: _____ Yes   _____ No

If you answered "Yes" to Question 7, then you must answer Question 8. If you answered "No" to Question 7, do not answer any further questions.

Question No. 8.  What amount of money, if any, do you award as punitive damages against Defendant Todd Lauer?

Answer: $_____

Dated at Milwaukee, Wisconsin this 28 day of April, 2023.

_____
Jury Foreperson

3