# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **TYRAN PINKINS** | |
| v. | **JURY TRIAL MINUTES** |
| **JOSHUA DIEDRICH and TODD LAUER** | Case No. 19-cv-368-bhl |

**HONORABLE BRETT H. LUDWIG presiding**
Dates of Trial: April 24, 2023 – April 28, 2023
Deputy Clerk: Julie D.
Court Reporter:

**Appearances**:

| | |
|---|---|
| TYRAN PINKINS in person and by: | B'Ivory LaMarr, Thomas Napierala & Paul Strouse |
| JOSHUA DIEDRICH in person and by: | Emery Harlan and Warren Buliox |
| TODD LAUER in person and by: | Emery Harlan and Warren Buliox |

**MONDAY, April 24, 2023**

| | |
|---|---|
| 8:40 AM | Court in session. Case called. Appearances made. |
| | Judge reviews case history. Discusses witnesses to appear and order of appearance. |
| | Judge will provide draft Jury Instructions and draft Special Verdict form by the end of the day. Judge asks if there a stipulation of facts re charges related to case being dropped. Parties will discuss before opening arguments. |
| | Court turns to *voir dire*. 25 jurors have reported; 13 will be seated in the jury box and the remaining jurors will be seated in the gallery. Will pick 7 jurors. If a juror from the box is stricken for cause, a replacement will be called from the gallery. Plaintiff will have 3 strikes and defendant will have 3 strikes. |
| 9:05 AM | BREAK *(Jury Profile List provided to the parties.)* |
| 9:10 AM | Jury panel brought to courtroom. Court makes introductory remarks; 25 prospective jurors sworn. *Voir dire* commences. |
| 9:43 AM | Court sidebars with counsel. |
| 9:44 AM | End of sidebar. *Voir dire* continues. |
| 9:50 AM | Court sidebars with counsel. |
| 9:52 AM | End of sidebar. *Voir dire* continues. |
| 9:54 AM | Court sidebars with counsel. |
| 9:55 AM | End of sidebar. *Voir dire* continues. |
| 10:05 AM | **Jurors 3, 4, 5, 6, 7, 9 and 11 are selected to serve.** Court excuses balance of jury pool. Clerk administers oath to jury. Court addresses housekeeping matters. |

| | |
|---|---|
| 10:28 AM | Jury out. Recess. |
| | |
| 10:40 AM | Court in session and Jury in. |
| 10:43 AM | Plaintiff's opening by Mr. LaMarr |
| 10:54 AM | Defendant requests sidebar. |
| 10:55 AM | End of sidebar. Plaintiff's opening continues. |
| | |
| 11:27 AM | Defendants' opening by Mr. Buliox. |
| 11:22 AM | Defendant finished with opening remarks |
| | |
| 12:00 PM | Lunch Break |
| | Jury out. |
| | |
| 1:06 PM | Court in session. Judge discusses note from Juror #6, clarification of motions in limine and testimony re policies and procedures and testimony re plaintiff's action in the hospital. |
| 1:20 PM | Juror #6 brought in. Note discussed. |
| 1:34 PM | Jury in. |
| | |
| 1:35 PM | **Plaintiff calls Joshua Diederich** |
| | Witness sworn. |
| | Direct examination by Mr. LaMarr |
| | |
| 1:48 PM | Mr. Diederich views and discussed Plaintiff's Exhibits 1, 2 & 41. |
| 2:22 PM | Defendant requests sidebar. |
| 2:25 PM | End of sidebar. Examination of Diederich continues. |
| 2:29 PM | Mr. Diederich reviews his deposition pg 170. |
| 2:34 PM | Mr. Diederich reviews and discusses Exhibit 16. |
| 2:36 PM | Court sidebars with counsel. |
| 2:38 PM | Sidebar ends. Examination of Diederich continues. |
| 2:39 PM | Mr. Diederich reviews and discusses Exhibit 1051. |
| 2:42 PM | Mr. Diederich reviews and discusses Exhibit 15. |
| | |
| 2:50 PM | Afternoon Break. |
| | Jury out. |
| | |
| 3:10 PM | Jury in. Mr. LaMarr continues direct of Mr. Diederich. |
| 3:10 PM | Mr. Diederich reviews and discusses Exhibit 14. |
| 3:21 PM | Mr. Diederich reviews his deposition pg 310. |
| 3:26 PM | Mr. Diederich reviews and discusses Exhibit 41. |
| 3:32 PM | Mr. Diederich reviews and discusses Exhibit 14. |
| 3:40 PM | Cross Examination by Mr. Buliox. |
| 3:58 PM | Mr. Diederich reviews and discusses Exhibit 1. |
| 4:36 PM | Court sidebars with counsel. |
| 4:39 PM | Mr. Diederich reviews and discusses Exhibit 1008. |
| 4:49 PM | Mr. Diederich reviews and discusses Exhibit 1051. |
| 4:58 PM | Court instructs jury to return by 8:30 a.m. |
| | Jury out. |
| 5:02 PM | Counsel given drafts of Jury Instructions and Special Verdict. Court is adjourned for the day. |

**TUESDAY, April 25, 2023**

8:32 AM   Case called. Appearances remain the same. Court addresses housekeeping matters with counsel.

| | |
|---|---|
| 8:42 AM | Jury in. |
| 8:44 AM | Further testimony of Joshua Diederich by Mr. Buliox. |
| | Witness remains under oath. |
| 8:45 AM | Mr. Diederich reviews and discusses Exhibit 14. |
| 8:58 AM | Redirect by Mr. LaMarr. |
| 9:06 AM | Mr. Diederich reviews and discusses Exhibit 15. |
| 9:14 AM | Mr. Diederich reviews and discusses Exhibit 44. |
| 9:26 AM | Mr. Diederich reviews his deposition pg 236. |
| 9:26 AM | Redirect by Mr. Buliox. |
| 9:28 AM | Mr. Diederich reviews and discusses Exhibit 14. |
| 9:30 AM | Witness is excused. |
| | |
| 9:31 AM | **Plaintiff calls Roberta Martin** |
| | Witness sworn. |
| | Direct examination by Mr. Strouse. |
| 9:54 AM | Ms. Martin reviews Exhibit 43. |
| 10:00 AM | Cross Examination by Mr. Buliox. |
| 10:07 AM | Ms. Martin reviews and discussed Exhibit 1019. |
| 10:11 AM | Redirect by Mr. Strouse. |
| 10:13 AM | Court sidebars with counsel. |
| 10:18 AM | Witness is excused. |
| | |
| 10:20 AM | Morning Break. |
| | Jury out. |
| | |
| 10:35 AM | Jury In. |
| | |
| 10:37 AM | **Plaintiff calls Eric Hill** |
| | Witness sworn. |
| | Direct examination by Mr. LaMarr. |
| 10:41 AM | Cross Examination by Mr. Harlan. |
| 10:45 AM | Court sidebars with counsel. |
| 10:46 AM | Mr. Hill reviews and discussed Exhibit 1104. |
| 10:50 AM | Court sidebars with counsel. |
| 10:52 AM | Redirect by Mr. LaMarr. |
| 10:53 AM | Witness is excused. |
| | |
| 10:58 AM | **Defendant calls Todd Lauer** |
| | Witness sworn. |
| | Direct examination by Mr. Buliox. |
| 11:15 AM | Mr. Lauer reviews and discusses pictures of HALO bathroom. |
| 11:24 AM | Mr. Lauer reviews and discusses Exhibit 1015. |
| 11:28 AM | Mr. Lauer review and discusses pictures of HALO facility. |
| 11:46 AM | Cross Examination by Mr. LaMarr. |
| 11:57 AM | Jury out. Court breaks for lunch. |
| | |
| 1:03 PM | Jury in. |
| | Further testimony of Todd Lauer by Mr. LaMarr. |
| 1:11 PM | Mr. Lauer reviews deposition, pg. 19. |
| 1:20 PM | Mr. Lauer reviews deposition, pg. 61. |
| 1:27 PM | Mr. Lauer reviews deposition, pg. 53. |
| 1:29 PM | Mr. Lauer reviews deposition, pg. 60. |
| 1:34 PM | Court has sidebar with counsel. |

| | |
|---|---|
| 1:43 PM | Mr. Lauer reviews and discussed Exhibit 3. |
| 1:57 PM | Court has sidebar with counsel. |
| 2:06 PM | Mr. Lauer reviews and discusses Exhibit 3. |
| 2:10 PM | Redirect by Mr. Buliox. |
| 2:13 PM | Mr. Lauer reviews deposition, pg. 27. |
| 2:20 PM | Redirect by Mr. LaMarr. |
| 2:22 PM | Mr. Lauer reviews and discussed Exhibit 15. |
| 2:29 PM | Witness is excused. Afternoon break. Jury out. |
| 2:47 PM | Jury in. |
| 2:48 PM | **Plaintiff calls Tonya M Scarvers** |
| | Witness sworn. |
| | Direct examination by Mr. LaMarr |
| 2:52 PM | Cross examination by Mr. Buliox. |
| 2:54 PM | Court sidebars with counsel. |
| 2:58 PM | Witness is excused. |
| 2:59 PM | **Defendant calls Dr. Nicholas Panomitros** |
| | Witness sworn. |
| | Direct examination by Mr. Napierala. |
| 2:59 PM | Mr. Panomitros reviews and discussed Exhibit 34. |
| 3:17 PM | Court sidebars with counsel. |
| 3:27 PM | Mr. Panomitros reviews and discussed Exhibit 34A. |
| 3:50 PM | Cross examination by Mr. Harlan. |
| 4:10 PM | Mr. Panomitros reviews and discussed Exhibit 34A. |
| 4:12 PM | Court sidebars with counsel. |
| 4:35 PM | Mr. Panomitros reviews and discussed Exhibit 1125. |
| 4:39 PM | Mr. Panomitros reviews and discussed Exhibit 1096. |
| 4:45 PM | Mr. Panomitros reviews and discussed Exhibit 1100. |
| 4:51 PM | Mr. Panomitros reviews and discussed Exhibit 1085. |
| 5:00 PM | Redierct by Mr. Napierala. |
| 5:04 PM | Witness is excused. |
| | Court instructs jury to return by 8:30 a.m. Jury out. |
| 5:05 PM | Court addresses housekeeping matters with counsel. |
| 5:24 PM | Court is adjourned for the day. |

**WEDNESDAY, April 26, 2023**

| | |
|---|---|
| 8:41 AM | Case called. Appearances remain the same. Court addresses housekeeping matters with counsel. |
| 8:52 AM | Jury in. |
| 8:54 AM | **Plaintiff calls Jacob Mauer** |
| | Witness sworn. |
| | Direct examination by Mr. LaMarr |
| 9: 28 AM | Mr. Mauer reviews and discussed Exhibit 15. |
| 9: 33 AM | Mr. Mauer reviews and discussed Exhibit 3. |
| 9: 36 AM | Cross examination by Mr. Buliox. |
| 10:01 AM | Mr. Mauer reviews and discussed Exhibit 1018. |
| 10:15 AM | Court sidebars with counsel. |
| 10:17 AM | Mr. Mauer reviews and discussed Exhibit 1017. |
| 10:22 AM | Mr. Mauer reviews and discussed Exhibit 3. |
| 10:23 AM | Mr. Mauer reviews and discussed Exhibit 4. |

| | |
|---|---|
| 10:26 AM | Morning Break. Jury out. |
| 10:44 AM | Jury in. Redirect by Mr. LaMarr. |
| 11:01 AM | Mr. Mauer reviews and discussed Exhibit 3. |
| 11:09 AM | Redirect by Mr. Buliox. |
| 11:11 AM | Witness is excused. |
| | |
| 11:12 AM | **<u>Plaintiff calls Marvin Bohanon</u>** |
| | Witness sworn. |
| | Direct examination by Mr. Strouse. |
| 11:27 AM | Cross examination by Mr. Harlan. |
| 11:31 AM | Court sidebars with counsel. |
| 11:40 AM | Mr. Bohanon reviews and discussed Exhibit 1129. |
| 11:41 AM | Mr. Bohanon reviews and discussed Exhibit 1130. |
| 11:47 AM | Redirect by Mr. Strouse. |
| 11:48 AM | Witness is excused. |
| | |
| 11:50 AM | Jury out. Court breaks for lunch. |
| 1:02 PM | Court is in session. Judge rules on motion re Exhibit 6. Exhibit 6 is not admitted. |
| 1:18 PM | Jury In |
| | |
| 1:20 PM | **<u>Plaintiff calls Tyran Pinkins</u>** |
| | Witness sworn. |
| | Direct examination by Mr. LaMarr. |
| | |
| 1:57 PM | Afternoon break. Jury out. |
| 2:24 PM | Court in session. |
| 2:25 PM | Jury In. Direct examination by Mr. LaMarr continues. |
| | |
| 2:30 PM | Mr. Pinkins reviews and discussed Exhibit 8. |
| 2:36 PM | Court has sidebar with counsel. |
| 2:43 PM | Mr. Pinkins reviews and discussed Exhibit 7. |
| 2:52 PM | Mr. Pinkins reviews and discussed Joint Exhibit 1, Ascension Medication record, pg. 39 |
| 2:55 PM | Mr. Pinkins reviews and discussed Joint Exhibit 1, Ascension Medication record, pg. 393 |
| 2:59 PM | Mr. Pinkins reviews and discussed Exhibit 33. |
| 3:07 PM | Mr. Pinkins reviews and discussed Exhibit 21. |
| 3:12 PM | Court sidebars with counsel. |
| | |
| 3:46 PM | Second afternoon break. Jury out. |
| 3:58 PM | Court in session. Jury in. |
| 4:00 PM | Cross examination by Mr. Harlan. |
| 4: 06 PM | Mr. Pinkins reviews and discussed Exhibit 1109. |
| 4:09 PM | Mr. Pinkins reviews and discussed Exhibit 1075. |
| 4:14 PM | Mr. Pinkins reviews and discussed Exhibit 1113. |
| 4:20 PM | Mr. Pinkins reviews and discussed Exhibit 1086. |
| 4:26 PM | Mr. Pinkins reviews and discussed Exhibit 1087. |
| 4:32 PM | Court sidebars with counsel. |
| 4:46 PM | Mr. Pinkins reviews and discussed Exhibit 1120. |
| 4:48 PM | Mr. Pinkins reviews and discussed Exhibit 1084. |
| 4:50 PM | Court has sidebar with counsel. |
| 4:54 PM | Mr. Pinkins reviews and discussed Exhibit 1076. |
| 5:01 PM | Court instructs jury to return by 8:30 a.m. Jury out. |

| | |
|---|---|
| 5:02 PM | Court takes a 10 minute break. |
| 5:12 PM | Court back in session. Review of draft jury instructions and special verdict. Discuss list of witnesses for tomorrow. |
| 6:12 PM | Court is adjourned for the day. |

**THURSDAY, April 27, 2023**

| | |
|---|---|
| 8:37 AM | Case called. Appearances remain the same. Court addresses housekeeping matters with counsel. |
| 8:40 AM | Jury in. |
| 8:44 AM | Further testimony of Tyran Pinkins by Mr. Harlan. Witness remains under oath. |
| 8:46 AM | Mr. Pinkins reviews and discusses Exhibit 1095. |
| 8:57 AM | Mr. Pinkins reviews and discusses Exhibit 1084. |
| 9:01 AM | Court sidebars with counsel. |
| 9:19 AM | Mr. Pinkins reviews and discusses Exhibit 1080. |
| 9:23 AM | Mr. Pinkins reviews and discusses Exhibit 1108. |
| 9:26 AM | Mr. Pinkins reviews and discusses his deposition, pg. 87. |
| 9:30 AM | Court sidebars with counsel. |
| 9:35 AM | Mr. Pinkins reviews and discusses Exhibit 1001. |
| 9:38 AM | Mr. Pinkins reviews and discusses Exhibit 1082. |
| 9:44 AM | Mr. Pinkins reviews and discusses Exhibit 1088. |
| 9:47 AM | Mr. Pinkins reviews and discusses Exhibit 1124. |
| 9:50 AM | Mr. Pinkins reviews and discusses his deposition. |
| 9:55 AM | Mr. Pinkins reviews and discusses Exhibit 1092. |
| 10:01 AM | Mr. Pinkins reviews and discusses Exhibit 1104. |
| 10:05 AM | Mr. Pinkins reviews and discusses his deposition, pg. 317. |
| 10:13 AM | Mr. Pinkins reviews and discusses Exhibit 1106. |
| 10:19 AM | Mr. Pinkins reviews and discusses Exhibit 1127. |
| 10:22 AM | Mr. Pinkins reviews and discusses Exhibit 1100. |
| 10:25 AM | Morning break. Jury out. |
| 10:37 AM | Court in session. Jury in. |
| 10:40 AM | Redirect by Mr. LaMarr. |
| 10:55 AM | Mr. Pinkins reviews and discusses joint exhibit 1. |
| 11:13 AM | Recross by Mr. Harlan. |
| 11:19 AM | Witness is excused. The plaintiff rests. The court sidebars with counsel. |
| 11:22 AM | **Defendant calls Warren Torchinsky** Witness sworn. Direct examination by Mr. Harlan. |
| 11:40 AM | Mr. Torchinsky reviews and discusses Exhibit 1036. |
| 11:41 AM | Cross examination by Mr. Napierala. |
| 12:03 PM | Redirect by Mr. Harlan. |
| 12:12 PM | Recross by Mr. Napierala. |
| 12:14 PM | Witness is excused. Jury out. |
| 12:17 PM | Court breaks for lunch. |
| 1:22 PM | Court is in session. Argument on oral Rule 50a and punitive damages motion. Both are taken under advisement. |
| 1:38 PM | Jury In |

| | |
|---|---|
| 1:29 PM | **Defendant calls Jon Blum** |
| | Witness sworn. |
| | Direct examination by Mr. Harlan. |
| 1:44 PM | Mr. Blum reviews and discusses Exhibit 1032. |
| 1:56 PM | Cross examination by Mr. LaMarr. |
| 2:01 PM | Mr. Blum reviews and discusses Exhibit 38. |
| 2:21 PM | Mr. Blum reviews and discusses Exhibit 15. |
| 2:34 PM | Redirect by Mr. Harlan. |
| 2:36 PM | Mr. Blum reviews and discusses Exhibit 1054. |
| 2:42 PM | Witness is excused. |
| | |
| 2:44 PM | Afternoon break. Jury out. |
| 2:52 PM | Jury in. |
| | |
| 2:54 PM | **Defendant calls Michael Shapiro** |
| | Witness sworn. |
| | Direct examination by Mr. Buliox. |
| 2:58 PM | Mr. Shapiro reviews and discusses Exhibit 1034. |
| 3:06 PM | Mr. Shapiro reviews and discusses Exhibit 1031. |
| 3:09 PM | Mr. Shapiro reviews and discusses Exhibit 1034. |
| 3:23 PM | Mr. Shapiro reviews and discusses Exhibit 1029. |
| 3:24 PM | Mr. Shapiro reviews and discusses Exhibit 1100. |
| 3:28 PM | Cross examination by Mr. Napierala. |
| 3:32 PM | Mr. Shapiro reviews and discusses Exhibit 35. |
| 3:41 PM | Redirect by Mr. Buliox. |
| 3:43 PM | Mr. Shapiro reviews and discusses Exhibit 1037. |
| 3:46 PM | Recross by Mr. Napierala. |
| 3:48 PM | Witness is excused. |
| | |
| 3:50 PM | **Defendant calls Sandra Haarsma** |
| | Witness sworn. |
| | Direct examination by Mr. Harlan. |
| 3:56 PM | Cross examination by Mr. LaMarr. |
| 4:02 PM | Redirect by Mr. Harlan. |
| 4:03 PM | Recross by Mr. LaMarr. |
| 4:04 PM | Witness is excused. |
| | |
| 4:06 PM | **Defendant calls Austin Schwartz** |
| | Witness sworn. |
| | Direct examination by Mr. Harlan. |
| 4:27 PM | Cross examination by Mr. LaMarr. |
| 4:30 PM | Witness is excused. |
| | |
| 4:30 PM | Court has sidebar with counsel. |
| | |
| 4:35 PM | **Defendant calls Joshua Baclawski** |
| | Witness sworn. |
| | Direct examination by Mr. Harlan. |
| 4:38 PM | Mr. Baclawski reviews and discusses Exhibit 1003. |
| 4:46 PM | Mr. Baclawski reviews and discusses Exhibit 1004. |
| 4:48 PM | Cross examination by Mr. LaMarr. |
| 4:50 PM | Mr. Baclawski reviews and discusses Exhibit 7. |

| | |
|---|---|
| 4:58 PM | Mr. Baclawski reviews and discusses Exhibit 11, 12 & 13. |
| 5:01 PM | Witness is excused. |
| 5:02 PM | Court has sidebar with counsel. |
| 5:03 PM | **Defendant recalls Todd Lauer** <br> Witness remains sworn. <br> Direct examination by Mr. Biloux. |
| 5:05 PM | Recross examination by Mr. LaMarr. |
| 5:07 PM | All parties rest. Close of evidence. <br> Jury out. |
| 5:10 PM | Court discusses mitigation instruction filed by defendant. Instructions re closing arguments. |
| 5:15 PM | Court is adjourned for the day. |

**FRIDAY, April 28, 2023**

| | |
|---|---|
| 8:48 AM | Case called. Appearances remain the same. Court addresses housekeeping matters with counsel and rules on outstanding motions. |
| 9:04 AM | Court breaks before jury enters. |
| 9:09 AM | Court resumes. |
| 9:19 AM | Jury in. <br> Jury instructions given by the Court. |
| 9:46 AM | Closing argument by Plaintiff. |
| 10:19 AM | Closing argument by Defendant. |
| 11:04 AM | Court sidebars with counsel. |
| 11:05 AM | Redirect closing by Plaintiff. |
| 11:17 AM | End of closing remarks. <br> CSO sworn. Jury exits to deliberate. |
| 11:19 AM | Plaintiff makes verbal motion for mistrial. |
| 11:22 AM | Court in recess. |
| 1:00 PM | Note from jury to court. |
| 1:19 PM | Court in session. Addresses jury question with counsel. |
| 1:33 PM | Court sends back written response. |
| 1:34 PM | Jury deliberation continues. |
| 3:00 PM | Jury notifies CSO of verdict. |
| 3:11 PM | Court back in session. All Parties present. |
| 3:13 PM | Jury in. |
| 3:15 PM | Verdict read on the record. Court polled jury. |
| 3:18 PM | Jury excused from trial. Judge rules against plaintiff's verbal motion for mistrial. |
| 3:23 PM | Court in recess. |